**No. 62754.**—Hyster Company *v.* United States, protest 58/878 (New York).

Opinion by Johnson, J.  Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

FEBRUARY 10, 1959

**No. 62755.**—Suit 4952.—Floral Arts Studio et al. *v.* United States.—C.D. 1943 affirmed November 5, 1958.  C.A.D. 690.

FEBRUARY 13, 1959

**No. 62756.**—Suit 4951.—Albert Mottola, an individual doing business under the name and style of Atlas Shipping Co. *v.* United States.—A.R.D. 81 affirmed November 5, 1958.  C.A.D. 689.

BEFORE THE FIRST DIVISION, FEBRUARY 18, 1959

**No. 62757.**—Freedman & Slater, Inc. *v.* United States, protest 58/5452 (New York).

Opinion by Oliver, C. J.  In accordance with stipulation of counsel that the merchandise consists of so-called chixexers, and parts thereof, the same in all material respects as those the subject of *Inter-Maritime Forwarding Co., Inc.* v. *United States* (45 C.C.P.A. 125, C.A.D. 685), the claim of the plaintiff was sustained.

**No. 62758.**—Manca, Inc. *v.* United States, protest 328852–K (New York).

Opinion by Oliver, C. J.  In accordance with stipulation of counsel that the merchandise consists of parts of photographic cameras similar in all material respects to the merchandise involved in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C.D. 1874), the claim of the plaintiff was sustained.